156 A.3d 167

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RYAN SUTHERLAND, DEFENDANT-MOVANT.

November 3, 2016

ORDER

It is ORDERED that the motion for leave to appeal is granted.

156 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM MANIGO, DEFENDANT–PETITIONER.

November 3, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003154–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.